UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ERIC GARNER,

       Plaintiff,

v.

OFFICER WILLIAM OWENS, et al.,

       Defendants.

----------------------------------------------------------------X

NOT FOR PUBLICATION

ORDER
08-CV-222 (CBA) (LB)

AMON, UNITED STATES DISTRICT JUDGE

  This Court has received the well-reasoned Report and Recommendation of the Honorable Lois Bloom, United States Magistrate Judge, dated November 10, 2008, recommending that this action be dismissed based upon plaintiff's failure to update the Court with his current address. As no party has objected, the Court hereby adopts the Report and Recommendation of November 10, 2008 as the opinion of the Court. The Clerk of the Court is directed to enter judgment in accordance with this order and to close the case. In addition, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from a judgment entered herein would not be taken in good faith and that *in forma pauperis* status should be denied for purpose of any appeal.

  SO ORDERED.

Dated: Brooklyn, New York
   December 9, 2008

          /S/

        Carol Bagley Amon
        United States District Judge